# Exhibit A

Loan Agreement

July 21st 2010

1. The undersigned, Charno's Custom Rides, Inc, Ross C harno, Jordan Shapiro, SVAT Designs Inc. acknowledge that loans of $30,000 and $110,000 were received from the Leslie A. Shapiro pension account to be used specifically and only for purchases related to the Miami restroom trailer project and Miami-Dade County bid 9189-PD.
2. $30,000 was received by Charno's Custom Rides on 8/27/09.
3. Repayment with interest was required immediately upon receipt of payment from Miami-Dade.
4. Full payment has been received and deposited and cleared in Charno's Custom Rides account.
5. No repayment to the Leslie A. Shapiro pension fund has been made.
6. A modified repayment schedule will be accepted at the rate of $2,000 per month, due on the first day of each month, until the entire $30,000 plus 5% interest is repaid.
7. If payment is not received by the first day of each month all parties agree that they will be personally liable for the entire remaining balance plus interest, collection fees and attorney fees.
8. All parties acknowledge that the Leslie A. Shapiro pension fund has no ownership in or interest in the profits or losses of these business ventures including the Miami restroom trailer and bid 9189-PD.
9. The undersigned SVAT Designs and Ross Charno and Jordan Shapiro individually acknowledge that a loan of $110,000 was received from the Leslie A. Shapiro pension fund to be used exclusively and only for purchases related to Miami Dade County bid 9189-PD.
10. Repayment of this loan + 5% interest to occur no later than November 3rd 2010.
11. Repayment of this loan guaranteed by SVAT Designs Inc, and Ross Charno and Jordan Shapiro individually and personally.
12. Monthly extension of the repayment may be agreed to in writing only by Leslie A. Shapiro and subject to monthly financial and progress reports.
13. After delivery of bid 9189-PD all funds due shall be directed to and deposited in the escrow account of Gary S. Dunay, attorney-at-law, 5355 Town Center Rd., Boca Raton, FL 33486
14. Funds from this deposit shall then be disbursed to first settle all outstanding balances related to both of these loans, and then the remaining balance to SVAT, Ross Charno and Jordan Shapiro.

All parties agree that they will be individually and personally responsible for full repayment plus collection and attorney fees if the above schedule is not met.



_____  7-22-10
Ross Charno, Borrower                                                Date

_____  7-22-10
Charno's Custom Rides, Inc., Borrower                        Date

_____  7·22·10
Jordan Shapiro, Borrower                                             Date

_____  7·22·10
SVAT Designs, Inc. Borrower – Jordan Shapiro            Date

_____  7/22/10
SVAT Designs, Inc., Borrower – Ross Charno              Date

STATE OF _____ )
                                 ) ss.
COUNTY OF _____ )

On the _____ day of _____, 2010, before me, personally came _____,
to me known to be the individual(s) described in and who executed the foregoing instrument and acknowledged to
me that he/she/they executed the same.

WITNESS my hand and official seal.
Signature: (Affix Notarial Seal)
Commission No.:_____
My Commission Expires:_____

---

STATE OF _Florida_ )
                                 ) ss.
COUNTY OF _Broward_ )

On the _22_ day of _7_____, 2010, before me, personally came _Jordan Shapiro + Ross Charno_,
to me known to be the individual(s) described in and who executed the foregoing instrument and acknowledged to
me that he/she/they executed the same. _Plantation Fl. ix._

WITNESS my hand and official seal.
Signature: (Affix Notarial Seal)
Commission No.:_____
My Commission Expires:_____

DEBRA MENDEZ
Notary Public - State of Florida
My Commission Expires Dec 29, 2010
Commission # DD 625398

Page 3 of 3